IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

_____

JARED COGBURN, individually, and on behalf
of all other similarly situated employees,

    Plaintiff,

v.

U.S. SECURITY ASSOCIATES, INC.

    Defendant.

Case No. 2:17-cv-00029

JURY DEMANDED

FLSA COLLECTIVE ACTION

_____

## JOINT MOTION FOR ORDER OF SETTLEMENT APPROVAL AND DISMISSAL WITH PREJUDICE
_____

    Plaintiff Jared Cogburn ("Plaintiff"), and Defendant, U.S. Security Associates, Inc., ("Defendant") (collectively, the "Parties") jointly move this Court for an Order approving the Parties' settlement agreement, which waives Plaintiff's FLSA claims against Defendant, and dismissing this action with prejudice. In support of their motion, the Parties state that the resolution is a fair and reasonable compromise over issues that were actually in dispute, which was achieved in an adversarial context by attorneys who were well equipped to protect each party's rights.

    In further support of this motion, the Parties file a memorandum of law contemporaneously herewith.

Respectfully submitted,

**GILBERT McWHERTER
SCOTT BOBBITT PLC**

*s/ Emily S. Emmons*
Emily S. Emmons #33281
GILBERT McWHERTER SCOTT BOBBITT PLC

1

341 Cool Springs Boulevard, Suite 230
Franklin, TN 37067
Telephone: (615) 354-1144
Email: eemmons@gilbertfirm.com

&

*/s/ Gregory P. Abrams with permission*
Gregory P. Abrams (ARDC# 6280767);
   *pro hac vice admission*
Faegre Baker Daniels LLP
311 South Wacker Drive, Suite 4300
Chicago, IL 60606
Phone: 312-212-6500
Facsimile: 312-212-6501
Email: gregory.abrams@FaegreBD.com

Edward E. Hollis (IN Bar No. 19402-49);
   *pro hac vice*
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46240
Phone: (317) 237-0300
Facsimile: (317) 237-1000
E-mail: edward.hollis@FaegreBD.com
       samantha.chapman@FaegreBD.com


Robert L. Bowman (BRP #017266)
Brandon L. Morrow (BRP #031242)
Kramer Rayson LLP
P. O. Box 629
Knoxville, TN 37901-0629
Telephone: (865) 525-5134
Facsimile: (865) 522-5723
Email: rlbowman@kramer-rayson.com
Email: bmorrow@kramer-rayson.com

*Attorneys for Defendant, U.S. Security Associates, Inc.*

2

**CERTIFICATE OF SERVICE**

   I hereby certify that the foregoing was sent to all parties of record via the Court's electronic filing system on this the 17th day of July, 2017.

                        *s/Emily S. Emmons*