IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

---

JARED COGBURN, individually, and on behalf
of all other similarly situated employees,

    Plaintiff,

v.

U.S. SECURITY ASSOCIATES, INC.

    Defendant.

Case No. 2:17-cv-00029

JURY DEMANDED

FLSA COLLECTIVE ACTION

---

**ORDER APPROVING CASE SETTLEMENT AND DISMISSING CASE**

---

This matter is before the Court upon the parties' Joint Motion to Approve Settlement Agreement. The Court having reviewed the Motion and Memorandum and being fully advised in the premises **FINDS** as follows:

1. The agreed-upon terms and conditions of settlement of this litigation arising under the Fair Labor Standards Act, as set forth in the Settlement Agreement are a fair and reasonable compromise over issues that were actually in dispute.

2. The settlement of this litigation was achieved in an adversarial context, through good faith negotiations.

3. The parties have been represented by competent and experienced counsel throughout all negotiations and the Settlement Agreement is made with the consent and advice of counsel who jointly prepared the Agreement.

4. The Settlement Agreement is fair and should be approved under the applicable legal standards. It arises from extensive arm's length negotiations between counsel for the parties

1

after sufficient formal and informal discovery and investigation necessary to evaluate all claims.

It is therefore **ORDERED** that the parties' Joint Motion to Approve Settlement Agreement is **GRANTED** in all respects. This case is hereby **DISMISSED** with prejudice, with each party to bear its costs.

**SO ORDERED** this 19th day of July, 2017.

*Thomas W. Phillips*
JUDGE THOMAS W. PHILLIPS
UNITED STATES DISTRICT JUDGE